| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Nathan** | **Shane** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Krista** | **Jones** | **Adams** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI | | |
| Case number **25-60056-11** | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Bank of America**
**PO Box 672050**
**Dallas, TX 75267-2050**

What is the nature of the claim?   credit card   $16,186.83

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

Contact

Contact phone

**2**

**Barclays - Banana Republic**
**PO Box 60517**
**City of Industry, CA 91716-0517**

What is the nature of the claim?   **Banana Republic Rewards**   $2,255.01

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Debtor 1 **Nathan Shane Adams**
Debtor 2 **Krista Jones Adams**                                    Case number *(if known)* **25-60056-11**

Contact phone

Value of security:                           -
Unsecured claim

---

**3**

**Bay First National Bank**
**700 Central Ave**
**Saint Petersburg, FL 33701**

Contact

Contact phone

**What is the nature of the claim?**    **guaranty of business SBA loan**    **$200,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                           -
   Unsecured claim

---

**4**

**Cadence Bank**
**3211 E. Battlefield Street**
**Springfield, MO 65804**

Contact

Contact phone

**What is the nature of the claim?**    **guaranty of business debt**    **$115,755.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                           -
   Unsecured claim

---

**5**

**Chase - Disney**
**PO Box 15123**
**Wilmington, DE 19850-5123**

Contact

Contact phone

**What is the nature of the claim?**    **credit card**    **$6,502.48**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                           -
   Unsecured claim

---

**6**

**Chase - Slate**
**PO Box 15123**
**Wilmington, DE 19850-5123**

**What is the nature of the claim?**                       **$4,269.58**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

---

| Debtor 1 | **Nathan Shane Adams** | | |
|---|---|---|---|
| Debtor 2 | **Krista Jones Adams** | Case number *(if known)* | **25-60056-11** |

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

**7**

**Citibank**
**PO Box 6004**
**Sioux Falls, SD 57117-6004**

**What is the nature of the claim?**　**business credit card**　**$26,928.77**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

**8**

**Credibly of Arizona LLC**
**1501 W. Fountainhead Pkwy**
**Suite 630**
**AZ 85228-2000**

**What is the nature of the claim?**　**guaranty of business debt**　**$178,102.83**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

**9**

**Greg Horton**
**782 N. Squires Lane**
**Springfield, MO 65802**

**What is the nature of the claim?**　**guaranty of business loans**　**$4,000,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

---

| | |
|---|---|
| Debtor 1 | **Nathan Shane Adams** |
| Debtor 2 | **Krista Jones Adams** |

Case number (if known) **25-60056-11**

---

**10**

**Local Motion Marketing LLC**
**c/o Berstein Law PC**
**4000 MacArthur Blvd**
**Newport Beach, CA 92660**

Contact

Contact phone

**What is the nature of the claim?** liability for business breach of contract claim  $1,503.95

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**11**

**Oak Star Bank**
**c/o Spencer Fane**
**2144 E. Republic Road**
**Suite 8300**
**Springfield, MO 65804**

Contact

Contact phone

**What is the nature of the claim?** Guaranty of SBA business loan  $1,796,400.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**12**

**Oak Star Bank**
**c/o Spencer Fane**
**2144 E. Republic Road**
**Suite 8300**
**Springfield, MO 65804**

Contact

Contact phone

**What is the nature of the claim?** guaranty of business line of credit  $1,100,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**13**

**What is the nature of the claim?** Christian County 4208  $1,070,448.91

| Debtor 1 | **Nathan Shane Adams** | | |
|---|---|---|---|
| Debtor 2 | **Krista Jones Adams** | Case number *(if known)* | **25-60056-11** |

---

**Oak Star Bank**
**c/o Spencer Fane**
**2144 E. Republic Road**
**Suite 8300**
**Springfield, MO 65804**

What is the nature of the claim? **Oak Haven Dr Nixa, MO 65714 Residence: 4 Bed, 3 Bathroom Brick House**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $1,357,582.66
  - Value of security:    - $410,000.00
  - Unsecured claim    $1,070,448.91

Contact

Contact phone

---

**14**

**Paul Reinert**
**3473 E. Inverness Court**
**Springfield, MO 65809**

What is the nature of the claim? **guaranty of business loans**    $4,000,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    -
  - Unsecured claim

Contact

Contact phone

---

**15**

**Small Business Administration**
**Little Rock Commercial Loan Servicing**
**2120 Riverfront Drive, Suite 100**
**Little Rock, AR 72202**

What is the nature of the claim? **EIDL Loan Guaranty**    $936,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    -
  - Unsecured claim

Contact

Contact phone

---

**16**

**US Bank**

What is the nature of the claim? **Epic Strategies main credit card. Nathan Adams no longer has access to the account.**    $45,000.00

---

| | | |
|---|---|---|
| Debtor 1 | **Nathan Shane Adams** | |
| Debtor 2 | **Krista Jones Adams** | Case number *(if known)* **25-60056-11** |

**PO Box 790408**
**St. Louis, MO, MO 63179-0408**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                                  -
   Unsecured claim

Contact

Contact phone

**17**  **US Bank**
**PO Box 790408**
**St. Louis, MO 63179-0408**

**What is the nature of the claim?**   credit card    $17,672.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                                  -
   Unsecured claim

Contact

Contact phone

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Nathan Shane Adams**                              X  **/s/ Krista Jones Adams**
   **Nathan Shane Adams**                                      **Krista Jones Adams**
   Signature of Debtor 1                                        Signature of Debtor 2

   Date  **January 29, 2025**                                Date  **January 29, 2025**